**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1306**

MAMADOU ALPHA BARRY,

            Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 17, 2013          Decided:  October 29, 2013

Before WILKINSON, AGEE, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Alexander J. Segal, GRINBERG & SEGAL, P.L.L.C., New York, New York, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Puneet Cheema, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mamadou Alpha Barry, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's decision finding Barry ineligible for adjustment of status as an alien who knowingly made a frivolous application for asylum. Based on our review of the record, we conclude that the preponderance of the evidence supports the agency's finding that Barry filed a frivolous asylum application. See Matter of Y-L-, 24 I. & N. Dec. 151, 157 (B.I.A. 2007). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED